CRENSHAW v. STREET RAILWAY CO.

(Filed December 12, 1905).

*New Trial—Newly Discovered Evidence—Practice.*

Where a motion is made in this court for a new trial for newly discovered evidence, the court never discusses the facts on such motion, but simply awards or refuses a new trial.

ACTION by A. Crenshaw and Susan Crenshaw, his wife, against Asheville & Biltmore Street Railway & Transportation Co. and others, heard by *Judge Fred Moore* and a jury, at the March Term, 1905, of the Superior Court of BUNCOMBE. From a judgment for the *feme* plaintiff, the defendants appealed.

*Moore & Rollins, Frank Carter* and *H. C. Chedester* for the plaintiff.

*Julius C. Martin* for the defendant.

*Per Curiam:* Without any intimation as to the plaintiff's right to recover on the testimony as it now stands, the court is of opinion that a new trial should be awarded by reason of the newly discovered evidence, set out and referred to in the affidavits of the defendant, filed for the purpose on motion duly made.

Under the decision in *Herndon v. Railroad Co.,* 121 N. C., 498, we never discuss the facts on such motion, but simply award or refuse a new trial.

New Trial.